UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Alex Quinonez-Xum DEFENDANT(S). | CASE NUMBER 2:25-mj-06578-DUTY; 2:25-mj-06626-DUTY ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of  defense _____, IT IS ORDERED that a detention hearing is set for  October 28 _____, 2025 ____, at  10:00 ____  ☒a.m. / ☐p.m. before the Honorable  Margo A. Rocconi _____, in Courtroom  750 _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  10/24/25 _____

U.S. District Judge/Magistrate Judge
Margo A. Rocconi

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                      Page 1 of 1